IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| VOTERLABS, INC., | ) No. 1:20-mi-02219-TCB-RGV |
| Petitioner, | ) |
| v. | ) |
| SCARLETT SHIPP, | ) |
| Respondent. | ) |
| THIS DOCUMENT RELATES TO: | ) |
| *VoterLabs, Inc. v. Ethos Group Consulting Services, LLC,* No. 1:19-cv-0524-RGA (D. Del.). | ) |

## VOTERLAB, INC.S' MOTION TO SEAL

VoterLabs, Inc. ("VoterLabs") respectfully moves to seal portions of its Reply to Scarlett Shipp's Opposition to its Motion to Compel, as well as Exhibits attached thereto, in order to give defendant Ethos Group Consulting Services, LLC and respondent Ms. Shipp a fair opportunity to move to seal.

In relation to this motion to seal, VoterLabs states that, on May 28, 2020, its counsel sent the Bates numbers of the Exhibits to counsel for defendant and Ms. Shipp. On May 31, 2020, counsel for defendant and Ms. Shipp responded that it has reviewed the documents, the parties cannot come to an agreement

1

regarding avoiding a motion to seal, that neither defendant nor Ms. Shipp are opposed to a motion to seal, and VoterLabs may state that defendant and Ms. Shipp agree to the same.

In support of this motion to seal, VoterLabs states that the Exhibits attached to the Reply, which are summarized and/or quoted extensively in the Reply, have been marked "Confidential" by defendant Ethos Group Consulting Services, LLC and respondent Ms. Shipp. VoterLabs wishes to respect their rights but does not agree to a wholesale sealing of the information, although acknowledges that certain information appears to be personal/private as well as proprietary business information.

Under these circumstances, VoterLabs respectfully requests to seal the Exhibits, and the excerpts in the Reply, for a reasonable amount of time in order to give the defendant Ethos Group Consulting Services, LLC and Ms. Shipp a fair opportunity to make a motion to seal and the showing required pursuant to Eleventh Circuit precedent. *See, generally, BASF Corp. v. SNF Holding Co.,* No. 4:17-cv-251, 2019 WL 3554699, at *3 (Aug. 5, 2019).

Dated:  June 1, 2020

                                      */s/ James W. Bergenn*
Kevin Tallant, Esq.
Georgia Bar No. 696690
Miles Hansford & Tallant, LLC
202 Tribble Gap Road, Suite 200
Cumming, Georgia 30040
ktallant@mhtlegal.com

James W. Bergenn (pro hac vice)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.:  (860) 251-5000
Fax:  (860) 251-5219
jbergenn@goodwin.com

*Counsel for Plaintiff VoterLabs, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020, I caused copies of the foregoing document to be served upon the following counsel for Ethos Group Consulting Services, LLC and Scarlett Shipp via both email and U.S. Mail:

A. Thompson Bayliss, Esq.
Adam K. Schulman, Esq.
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
bayliss@abramsbayliss.com
schulman@abramsbayliss.com

Bryan Wick, Esq.
Sean Lemoine, Esq.
Wick Phillips Gould & Martin LLP
3131 McKinney Ave, Suite 100
Dallas, Texas 75204
(214) 692-6200
Bryan.wick@wickphillips.com
Sean.lemoine@wickphillips.com

*Counsel for Scarlett Shipp*

Bryan Wick, Esq.
Sean Lemoine, Esq.
Wick Phillips Gould & Martin LLP
3131 McKinney Ave, Suite 100
Dallas, Texas 75204
(214) 692-6200
Bryan.wick@wickphillips.com
Sean.lemoine@wickphillips.com

*Counsel for Ethos Group Consulting Services, LLC*

This 1st day of June, 2020.

/s/ James W. Bergenn